**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

APR 26 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL HAMPTON; JACQUELINE HAMPTON, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; SAN QUENTIN STATE PRISON; RALPH DIAZ; RONALD DAVIS, Warden; RONALD BROOMFIELD; CLARENCE CRYER; ALISON PACHYNSKI; SHANNON GARRIGAN; LOUIE ESCOBELL; MUHAMMAD FAROOQ; KIRK A TORRES; ESTATE OF ROBERT S. THARRATT, <br><br> Defendants-Appellants. | No. 22-15481 <br><br> D.C. No. 3:21-cv-03058-LB <br> Northern District of California, <br> San Francisco <br><br> ORDER |
| DONTE LEE HARRIS, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> KATHLEEN ALLISON, Director of the Department of Corrections & Rehabilitation; RALPH DIAZ, Secretary of the Department of Corrections & Rehabilitation; RON DAVIS, Associate Director of Reception Center Transfers; RONALD BROOMFIELD, Warden; A. PACHYNSKI, | No. 22-15921 <br><br> D.C. No. 3:20-cv-09393-CRB |

Dr.; Chief Medical Officer at San Quentin State Prison; L. ESCOBELL, Dr.; Chief Medical Officer at San Quentin State Prison; DEAN BORDERS, Warden, Warden at CSP; JOSEPH BICK, Director of California Corrections Health Care Services; CLARENCE CRYER,

        Defendants-Appellants,

and

J. ARNOLD, Captain, CDCR; M. BLOISE, Lieutenant, CDCR; B. HAUB, Lieutenant, CDCR; B. DUTTON, Sergeant, CDCR; N. AVILA, Associate Warden; K. FRANCE, Sergeant, CDCR; T. R. TEIXERIA, Lieutenant, CDCR; GAVIN NEWSOM, Governor of the State of California; STEVEN THARRATT, Dr.,

        Defendants.

---

In re: CIM-SQ TRANSFER CASES,

_____

KENNETH ALLAN COOPER; MATTHEW K. QUALE, Jr.; KAREN LEGG; MICHELLE LEGG, individually and successors in interest to David Reed, deceased; TYRONE LOVE; JOAQUIN DIAZ, (deceased); HILDA DIAZ; YADIRA MENCHU; BLANCA DIAZ HOULE; DANIEL RUIZ, Deceased, by and through his co-successors in interest; SANTOS RUIZ; FERNANDO VERA; VANESSA ROBINSON; DANIEL RUIZ, Jr.; ANGELINA CHAVEZ; ERIC WARNER, (deceased); HENRY WARNER;

No. 22-16088

D.C. No. 3:22-mc-80066-WHO

2

REGINALD THORPE,

            Plaintiffs-Appellees,

v.

KATHLEEN ALLISON; RONALD BROOMFIELD; STATE OF CALIFORNIA; RALPH DIAZ; RON DAVIS; ALISON PACHYNSKI; LOUIE ESCOBELL; CLARENCE CRYER; DEAN BORDERS, Warden; JOSEPH BICK; R. STEVEN THARRATT; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; SHANNON GARRIGAN; MUHAMMAD FAROOQ; KIRK A TORRES; SAN QUENTIN STATE PRISON; MONA D. HOUSTON; CALIFORNIA INSTITUTION FOR MEN,

            Defendants-Appellants.

      Cases 22-15481 (*Hampton*), 22-15921 (*Harris*), and 22-16088 (*Cooper*) are consolidated for the purposes of oral argument. Defendants-Appellants will be given fifteen minutes to open and ten minutes of rebuttal, which can be divided among counsel as Defendants see fit. The *Hampton* Plaintiffs will be given fifteen minutes, the *Harris* Plaintiffs will be given five minutes, and the *Cooper* Plaintiffs will be given five minutes, at least two minutes of which shall be allotted to counsel of Karen and Michelle Legg.

      At oral argument, the parties should be prepared to discuss the impact on

3

these cases, if any, of the portion of the Department of Health and Human Services Secretary's Declaration entitled "Limitations on Distribution." Declaration Under the Public Readiness and Emergency Preparedness Act for Medical Countermeasures Against COVID-19, 85 Fed. Reg. 15198, 15202 (Mar. 17, 2020). Specifically, the parties should be prepared to discuss whether the activities underlying Plaintiffs' claims were "authorized in accordance with the public health and medical response of the Authority Having Jurisdiction to prescribe, administer, deliver, distribute, or dispense the Covered Countermeasures," *id.*, and the implications for these appeals, if any, of their answer to that question.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7